M. P. No. 1339. STEVEN JARON *v.* FRANCIS HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue, said

answer to comply with Provisional Order No. 7. *Bevilacqua & Cicilline,* for petitioner. *Richard J. Israel,* Attorney General, for respondent.